UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOUGLAS DANIEL CLARK**, <br><br> Plaintiff. <br><br> v. <br><br> **KEVIN CHAPPELL**, <br><br> Defendant. | Case No.: 14-cv-02637-YGR <br><br> **ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** <br><br> Re: Dkt. No. 17 |

On June 15, 2015, defendant Chappell filed a motion to dismiss this case. (Dkt. No. 13.) On August 7, 2015, defendant Chappell filed a notice of non-opposition to his motion to dismiss, requesting that the case be dismissed. (Dkt. No. 16.) Then, on August 13, 2015, the Court received this motion for explanation of the court's apparent non-action on request for extension of time, which refers to a request for extension of time the court never received. (Dkt. No. 17.)

Thus, currently pending before the Court is a motion for an extension of time to file a motion in opposition to defendant's motion to dismiss. (Dkt. No. 17.) Good cause appearing, the Court hereby **GRANTS** the motion and extends the briefing schedule. Plaintiff shall file his motion by October 9, 2015.

**IT IS SO ORDERED.**

This Order terminates Docket Number 17.

Dated: September 15, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**